## INDEX OF EXHIBITS

A. Plaintiff's Verification of Incarceration from MDOC

B. Original Judgement of Sentence from September 10, 2012

C. Amended Judgement of Sentence from February 12, 2013

D. Affidavit of Plaintiff Jon Meyer

E. Plaintiff 2018 Parole documents

F. Michigan v. Birman 09-016590-FC

G. July 2019 Motion to Correct

H. July 16, 2019 Allegan Prosecutor's office letter to Michigan Attorney General

I. November 21, 2019 AG Letter with email from 11/21/2019

J. January 15, 2020 Hearing Transcript

K. January 16, 2020 Order for suppression

L. January 17, 2020 Motion for Reconsideration

M. Plaintiff's January 17, 2020 Parole Discharge

N. Michigan GPS Lifetime Monitoring Rules

O. February 14, 2020 Motion Denial

P. March 7, 2020 Court of Appeals Leave to File

Q. March 16, 2020 Allegan County Circuit Court Civil Suit No. 20-62859-CZ

R. April 11, 2020 Motion to Recuse Judge Kengis

S. Michigan AG's Appearance for Court of Appeals case

T. June 22, 2020 Court of Appeals Order

U. July 8, 2020 Email from Preston Pietszak

V. July 22, 2020 Email from Bob Genetski

W. July 24, 2020 Email from Bob Genetski

X. August 4, 2020 Email from Michigan Supreme Court Clerk

Y. August 6, 2020 Email from State Court Administrator

Z. July 30, 2020 Allegan County Circuit Court Order

AA. September 11 Michigan Attorney General's Response to 7/30/2020 Order

BB. Allegan County Circuit Court Order to vacate amended Judgment of Sentence