## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

Case No.

V.

Hon.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Magistrate Judge.

# **Plaintiff's Exhibit T**

Plaintiff's Exhibit T is a June 22, 2020 Order from the Michigan Court of Appeals which remanded the Plaintiff's Motion for Reconsideration back to the 48th Judicial Circuit.

## Court of Appeals, State of Michigan

## ORDER

People of MI v Jonathan King Meyer

Docket No. 353028

LC No. 12-017608-FC

Jane M. Beckering
Presiding Judge

Jane E. Markey

Mark T. Boonstra
Judges

In lieu of granting the application for leave to appeal, the Court VACATES the February 14, 2020 order and REMANDS for further proceedings. On remand, the trial court shall consider defendant's motion to correct invalid sentence as a motion for relief from judgment under MCR 6.500 et seq., and if it determines that defendant was not notified of the amended judgment of sentence within the time period during which he could have timely filed an appeal or a motion to correct invalid sentence, it shall deem the good cause requirement of MCR 6.508(D)(3)(a) to have been satisfied. MCR 7.205(E)(2); *People v Green*, 500 Mich 958; 891 NW23d 860 (2017); *People v Plemmons*, 489 Mich 862; 795 NW2d 144 (2011).

Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 2 2 2020
Date

Chief Clerk