UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

Case No.

V.

Hon.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Magistrate Judge.

# **Plaintiff's Exhibit U**

Plaintiff's Exhibit U is a copy of a July 8, 2020 email from Preston Pietszak, who was the law clerk for Judge Kengis. This email acknowledges the existence of the June 22, 2020 Order from the Michigan Court of Appeals.

## Jon Meyer

**From:** Preston Pietszak <PPietszak@ALLEGANCOUNTY.ORG> on behalf of Preston Pietszak
**Sent:** Wednesday, July 8, 2020 1:11 PM
**To:** 'Jon Meyer'
**Subject:** RE: COA 353028 / 6/22/2020 Order

Good afternoon Mr. Meyer,

I have not received any information about the Judge's decision with regards to whether or not there will be a hearing. Judge Kengis is currently in the process of reviewing the motion consistent with the COA order. You can take whatever action you feel is necessary with regards to your civil case as I cannot provide any assistance with those matters.


Best Regards,

Preston Pietszak
Law Clerk for Judge Kengis
48th Circuit Court
113 Chestnut Street
Allegan, MI 49010
(269)-673-0229


**From:** Jon Meyer [mailto:jmeyer@abcorindustries.com]
**Sent:** Tuesday, July 7, 2020 11:48 AM
**To:** Preston Pietszak <PPietszak@ALLEGANCOUNTY.ORG>
**Subject:** COA 353028 / 6/22/2020 Order

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Preston,

We spoke early last week about the COA Order issued on June 22 (COA Docket 353028, LC No. 12-017608-FC). When we spoke, you were going to check with Judge Kengis whether he wanted to have a hearing or not. I was curious if any decision has been made yet? I will either need to schedule a "recusal" hearing for the civil suit related to the tether, or dismiss the suit as the issue has been resolved.
Thanks for your time,
Jon Meyer


Jonathan Meyer
Asst. Production Manager
Abcor Industries
W: (616) 994-9577
C: (616) 510-0106
E: Jmeyer@abcorindustries.com

1