UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

Case No.

V.

Hon.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Magistrate Judge.

# Plaintiff's Exhibit V

Plaintiff's Exhibit V is a July 23, 2020 email from Bob Genetski, the Allegan County Clerk. Genetski stated that the *"...Circuit Court Records Division has not received the paperwork from the Court of Appeals."* This directly contradicts the email from Preston Pietszak (Exhibit U).

**From:** Bob Genetski <BGenetski@ALLEGANCOUNTY.ORG>
**Sent:** Thursday, July 23, 2020 4:35 PM
**To:** Jon Meyer <jmeyer@abcorindustries.com>
**Subject:** RE: LEM Issue

Mr. Meyer,

I just check your file and my Circuit Court Records Division has not received the paperwork from the Court of Appeals yet.

Bob Genetski
Allegan County Clerk