## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

Case No.

V.

Hon.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Magistrate Judge.

# **<u>Plaintiff's Exhibit W</u>**

Plaintiff's Exhibit W is a copy of a July 24, 2020 email from Bob Genetski, the Allegan County Clerk. This email acknowledges that the court did receive the Michigan Court of Appeal order from June 22, 2020. This clearly contradicts Genetski' s previous email (Exhibit V).

**Jon Meyer**

**Subject:** FW: LEM Issue

**From:** Bob Genetski <BGenetski@ALLEGANCOUNTY.ORG>
**Sent:** Friday, July 24, 2020 11:58 AM
**To:** Jon Meyer <jmeyer@abcorindustries.com>
**Subject:** RE: LEM Issue

Mr. Meyer,

Thank you. I spoke with the Court of Appeals and checked with the Judge and law clerks.

The Court of Appeals email did arrive with the 48th Circuit Court, and they are aware of it.

Sincerely,

Bob Genetski
Allegan County Clerk

**From:** Jon Meyer [mailto:jmeyer@abcorindustries.com]
**Sent:** Friday, July 24, 2020 11:09 AM
**To:** Bob Genetski <BGenetski@ALLEGANCOUNTY.ORG>
**Subject:** RE: LEM Issue

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Bob,

I spoke to the Court of Appeals. The document was emailed to Allegan County at 2:04pm on June 22, 2020. The COA does not mail a paper copy.
Would you please look into this for me? I have attached a paper copy of the Order.
Thanks,
Jon


Jonathan Meyer
Asst. Production Manager
Abcor Industries
W: (616) 994-9577
C: (616) 510-0106
E: Jmeyer@abcorindustries.com



1