## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

Case No.

V.

Hon.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Magistrate Judge.

# **Plaintiff's Exhibit X**

Plaintiff's Exhibit X is an email from Larry Royster, the Clerk of the Michigan Supreme Court, regarding the Allegan Circuit Court not following the Court of Appeals June 22, 2020 Order. This shows that Michigan's highest court was aware of Constitutional violations.

**Jon Meyer**

**From:** Clerk Info <ClerkInfo@courts.mi.gov> on behalf of Clerk Info
**Sent:** Tuesday, August 4, 2020 12:41 PM
**To:** Jon Meyer
**Subject:** RE: COA Docket #353028

Mr. Meyer,

I'm afraid there isn't anything the Supreme Court itself can do because the case is not pending before the Court. However, the State Court Administrative Office, which is the administrative arm of the Supreme Court, may be able to assist you. Allegan County is in Region 5 of the SCAO so I suggest that you contact the regional administrator, Jill Booth, to see if she intercede on your behalf with the Allegan Circuit Court. The office phone number for Ms. Booth is (517) 373-8679).

Larry Royster
Clerk, Michigan Supreme Court
Hall of Justice
925 W. Ottawa St.
P.O. Box 30052
Lansing, MI 48909
Ph: (517) 373-0120

*This message has been prepared on computer equipment and resources owned by the Michigan Supreme Court. It is subject to the terms and conditions of the Court's Computer Acceptable Use Policy.*

**From:** Jon Meyer <jmeyer@abcorindustries.com>
**Sent:** Monday, August 3, 2020 12:45 PM
**To:** Clerk Info <ClerkInfo@courts.mi.gov>
**Subject:** COA Docket #353028

COA Docket# **353028**
Allegan County Circuit Court Docket # **12-017608-FC**

Good Afternoon Michigan Supreme Court Clerk,

My name is Jonathan King Meyer, and I am experiencing some issues with Allegan County Circuit Court. I spoke to Patricia A. Murray (District Clerk from the Michigan Court of Appeals in Grand Rapids), who said that the MSC clerk is my next step. Basically, the COA issued an order on 6/22/20, which Allegan County is refusing to follow. They have (1) claimed that they never received the Order, then (2) that they lost it; and (3) now that they don't know if they want to have a hearing or not. They will not discuss it with me, nor will they answer my calls, emails, or even return a call. When I filed a motion for hearing on the COA Order, they all refused to talk with me about the Order.

1

**Can the Michigan Supreme Court ORDER Allegan County to follow the Court of Appeals remand from 6/22/2020?**

Please let me know your thoughts... The details are below if needed.

Thank You for your attention to this matter.

Sincerely,

Jon Meyer
616-510-0106



Here are the details of my issue:
- In September of 2012, I was sentenced to 6-20 years in prison for CSC, with no lifetime electronic monitoring (LEM). The original Judgment of Sentence (JOS) reflects this.
- In February of 2013, the Allegan Circuit Court resentenced me, and amended my JOS to include LEM, with no notice, no motion, and no hearing. The never informed me or my attorney, the Michigan AG, or even the MDOC. The simply amended my JOS, and filed it, and never told anyone. The amended JOS does not have
- In July of 2019, I am preparing to discharge from parole when my agent noticed that there was an amended JOS that the MDOC was not aware of, including LEM. I immediately filed a motion to correct invalid sentence, and used the MSC case of Michigan v. Comer, which had a similar sue sponte action by a judge.
- In January of 2020, the Allegan Circuit Court agreed with me, but my motion was denied as untimely.
- In February of 2020, I filed my COA leave to appeal.
- On June 22, 2020, the COA agreed with me (order attached).
- I have emailed, called, and even walked into the courthouse several times, and Allegan is refusing to follow the COA 6/22 Order.
- I contacted Bob Genetski, the Allegan County Clerk, who is fully aware of my situation. It doesn't seem like he is willing to assist.
- It has been discussed that there might be some LGBTQ discrimination by Allegan County, so we might have to involve the Michigan Civil Rights Commission and ACLU.


Jonathan Meyer
Asst. Production Manager
Abcor Industries
W: (616) 994-9577
C: (616) 510-0106
E: Jmeyer@abcorindustries.com



2