UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

V.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Case No.

Hon.

Magistrate Judge.

# Plaintiff's Exhibit Y

Plaintiff's Exhibit Y is an email from Jill Booth, the Region V Administrator for the State Court Administrative Office. Ms. Booth states that the Allegan County Court did not get the Court of Appeals Remand / Order until July 24. However, this statement contradicts the law clerk's email from July 8, 2020, which stated that they had the Order in their possession.

**Jon Meyer**

| | |
|---|---|
| **From:** | Region5 Info <Region5-Info@courts.mi.gov> on behalf of Region5 Info |
| **Sent:** | Thursday, August 6, 2020 2:50 PM |
| **To:** | 'jmeyer@abcorindustries.com' |
| **Subject:** | FW: COA Docket #353028 |

Mr. Meyer,

The Region V Office has contacted the court to learn what the status of your case is. The court did not receive notice of the remand from the County Clerk's Office until July 24. They then received your motion to hear the issue again on July 28. On July 30, Judge Kengis issued an order that the good cause requirement in the court rule had been met because you were not timely notified of the amended Judgment of Sentence and he ordered the Attorney General to file a response to the original motion within 60 days. The 60 day time period for their response will end September 30, 2020.

I hope this information is helpful.

Jill Booth
Region V Administrator
State Court Administrative Office
517.373.8679

Link to COVID-19 Resources:


COVID-19
& Courts

*This message has been prepared on computer equipment and resources owned by the Michigan Supreme Court. It is subject to the terms and conditions of the Court's Computer Acceptable Use Policy.*

---

**From:** Jon Meyer <jmeyer@abcorindustries.com>
**Sent:** Tuesday, August 04, 2020 12:51 PM
**To:** Region5 Info <Region5-Info@courts.mi.gov>
**Subject:** COA Docket #353028

COA Docket# **353028**
Allegan County Circuit Court Docket # **12-017608-FC**

Good Afternoon Ms. Booth,

My name is Jonathan King Meyer, and I am experiencing some issues with Allegan County Circuit Court. I spoke to Patricia A. Murray (District Clerk from the Michigan Court of Appeals in Grand Rapids), who said that the MSC clerk is my next step. Larry Royster from the MSC suggested that I contact you about my issue. Basically, the COA issued an order on 6/22/20, which Allegan County is refusing to follow. They have (1) claimed that they never received the Order, then (2) that they lost it; and (3) now that they don't know if they want to have a hearing or not. They will not discuss it with me,

1

nor will they answer my calls, emails, or even return a call. When I filed a motion for hearing on the COA Order, they all refused to talk with me about the Order.

**Can the State Court Administrative Office ORDER Allegan County to follow the Court of Appeals remand from 6/22/2020?**

Please let me know your thoughts... The details are below if needed.

Thank You for your attention to this matter.

Sincerely,

Jon Meyer
616-510-0106


Here are the details of my issue:
- In September of 2012, I was sentenced to 6-20 years in prison for CSC, with no lifetime electronic monitoring (LEM). The original Judgment of Sentence (JOS) reflects this.
- In February of 2013, the Allegan Circuit Court resentenced me, and amended my JOS to include LEM, with no notice, no motion, and no hearing. The never informed me or my attorney, the Michigan AG, or even the MDOC. The simply amended my JOS, and filed it, and never told anyone. The amended JOS does not have
- In July of 2019, I am preparing to discharge from parole when my agent noticed that there was an amended JOS that the MDOC was not aware of, including LEM. I immediately filed a motion to correct invalid sentence, and used the MSC case of Michigan v. Comer, which had a similar sue sponte action by a judge.
- In January of 2020, the Allegan Circuit Court agreed with me, but my motion was denied as untimely.
- In February of 2020, I filed my COA leave to appeal.
- On June 22, 2020, the COA agreed with me (order attached).
- I have emailed, called, and even walked into the courthouse several times, and Allegan is refusing to follow the COA 6/22 Order.
- I contacted Bob Genetski, the Allegan County Clerk, who is fully aware of my situation.
- It has been discussed that there might be some LGBTQ discrimination by Allegan County, so we might have to involve the Michigan Civil Rights Commission and ACLU.


Jonathan Meyer
Asst. Production Manager
Abcor Industries
W: (616) 994-9577
C: (616) 510-0106
E: Jmeyer@abcorindustries.com

