UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

Case No.

V.

Hon.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Magistrate Judge.

# Plaintiff's Exhibit Z

Plaintiff's Exhibit Z is a July 30, 2020 Order issued in response to the Michigan Court of Appeal Order. Clearly the Defendant(s) were aware of the Constitutional violations.

## STATE OF MICHIGAN
### IN THE CIRCUIT COURT FOR THE COUNTY OF ALLEGAN
### 48TH JUDICIAL CIRCUIT

| | |
|---|---|
| PEOPLE OF THE STATE OF MICHIGAN<br><br>Plaintiff<br><br>v.<br><br>JONATHAN KING MEYER<br><br>Defendant | Court Address and Phone:<br>Allegan County Building<br>113 Chestnut Street<br>Allegan, MI 49010<br>(269) 673-0300<br><br>Assigned to Circuit Judge<br>**Hon. Roberts A. Kengis**<br>P47062<br><br>Case No. 12-17608-FC |
| Alison Furtaw (P55893)<br>*Attorney General's Office*<br>3030 West Grand Boulevard, Ste 10-600<br>Detroit, Michigan 48202 | Jonathan King Meyer<br>*Defendant In Pro Per*<br>228 North State Street<br>Zeeland, MI 49464 |

### ORDER AFTER COURT OF APPEALS ORDER DATED JUNE 22, 2020

Present: The Honorable Roberts A. Kengis, Circuit Judge

The Defendant filed a Motion for Reconsideration in this matter on January 17, 2020 which the Court denied in an order issued on February 14, 2020. Subsequent to this, the Court of Appeals issued an order on June 22, 2020 which vacated this Court's February 14, 2020 order and remanded the matter for further proceedings. Pursuant to the Court of Appeals Order, the Court determines that the Defendant was not notified of the amended Judgment of Sentence within the time period during which he could have timely filed an appeal or a motion to correct invalid sentence and therefore, the good cause requirement of MCR 6.508(D)(3)(a) has been satisfied. Further, pursuant to MCR 6.504 and 6.506 the Court hereby ORDERS the Attorney General's Office to file a response to the Defendant's Motion within 60 days of this order.

**IT IS SO ORDERED AND ADJUDGED.**

Date: 7-30-20

_____
Roberts A. Kengis, Circuit Judge

## PROOF OF SERVICE

I certify that on this date the above parties were personally served, or mailed by ordinary mail, a copy of this ORDER.

8/3/2020
Date

_[signature]_
Signature