## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

JONATHAN KING MEYER
    Plaintiff Pro Se

Case No.

V.

Hon.

ALLEGAN COUNTY,
STATE OF MICHIGAN,
KEVIN CRONIN, and ROBERTS KENGIS,
    Sued in their official capacities, and
KEVIN CRONIN and ROBERTS KENGIS,
    Sued in their individual capacities,
    Defendants.

Magistrate Judge.

# Plaintiff's Exhibit BB

Plaintiff's Exhibit BB is a September 22, 2020 Order which vacated the February 12., 2013 amended judgment of sentence. Plaintiff Meyer received this order on September 28, 2020.

STATE OF MICHIGAN

IN THE ALLEGAN COUNTY CIRCUIT COURT

PEOPLE OF THE STATE OF MICHIGAN
    Plaintiff

Circuit Court No. 12-017608-FC-K

-vs-

JONATHAN KING MEYER
    Defendant
_____/

Michigan Attorney General
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
Attorney for Plaintiff

Jonathan King Meyer
Defendant Pro Se
228 N. State Street
Zeeland, Michigan 49464
(616) 510-0106
jmeyer@abcorindustries.com

### ORDER

IT IS HEREBY ORDERED that Defendant's Motion to Reconsider is GRANTED, vacating the February 12, 2013 Amended Judgment of Sentence requiring lifetime monitoring, and reinstating the September 10, 2012 Judgement of Sentence without lifetime electronic monitoring.

ROBERTS KENGIS    P-47062
_____
Hon. Roberts A. Kengis

ATTEST A TRUE COPY
_____
Deputy Clerk

Dated this 22 day of September, 2020.