# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JONATHAN KING MEYER**,

    Plaintiff Pro Se,

v

**ALLEGAN COUNTY/BOB GENETSKI,**
**STATE OF MICHIGAN/DANNA NESSEL,**
**KEVIN CRONIN**, and **ROBERTS KENGIS**,
Sued in their personal, official and individual capacities,

    Defendants.

_____/

Case No. 1:20-cv-989-RJJ-SJB

Hon. Chief Robert J. Jonker
Mag. Judge Sally J. Berens

| | |
|---|---|
| Jonathan King Meyer<br>*In Pro Per*<br>228 North State Street<br>Zeeland, MI 49464<br>(616) 510-0106<br>JonKMeyer@Charter.net | ROSATI, SCHULTZ, JOPPICH &<br>AMTSBUECHLER, P.C.<br>Andrew J. Brege (P71474)<br>Attorney for Defendants Allegan Co.,<br>Kevin Cronin & Roberts Kengis<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br><br>Bryan W. Beach (P69681)<br>Assistant Attorney General<br>Attorney for Defendant State of Michigan<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7659<br>beachb@michigan.gov |

_____/

## DEFENDANTS ALLEGAN COUNTY, KEVIN CRONIN, AND ROBERTS KENGIS' MOTION TO DISMISS

*** Oral Argument Requested ***

Defendants, **ALLEGAN COUNTY**, **KEVIN CRONIN**, and **ROBERTS KENGIS**, through its counsel, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C., move this Court for dismissal on Plaintiff's Civil Complaint, under Fed. R. Civ. P. 12(b)(6), as Plaintiff has failed to plead facts sufficient to state viable claims against the Allegan County Defendants. In support of this Motion, Defendants rely on the arguments more fully set forth in the accompanying brief in support.

Concurrence was requested on November 2, 2020, and it was promptly denied on November 3, 2020, necessitating the filing of this Motion.

Respectfully submitted,

ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, PC

/s/ Andrew J. Brege
Andrew J. Brege (P71474)
Attorney for Defendants Allegan Co., Kevin Cronin & Roberts Kengis
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com

Dated: November 12, 2020

## **PROOF OF SERVICE**

I hereby certify that on November 12, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the parties/attorneys of record identified in the caption.

                              Respectfully submitted,

                              ROSATI SCHULTZ JOPPICH &
                              AMTSBUECHLER, PC

                              /s/ Andrew J. Brege
                              Andrew J. Brege (P71474)
                              Attorney for Defendants Allegan Co., Kevin Cronin & Roberts Kengis
                              822 Centennial Way, Ste. 270
                              Lansing, MI 48917
                              (517) 886-3800
Dated: November 12, 2020          abrege@rsjalaw.com