UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN KING MEYER,

    Plaintiff,

v

ALLEGAN COUNTY, STATE OF MICHIGAN,
KEVIN CRONIN and ROBERT KENGIS, in
their official and individual capacities,

    Defendants.

No. 1:20-cv-989

HON. ROBERT J. JONKER

_____

Jonathan King Meyer, *In Pro Per*
228 North State Street
Zeeland, Michigan 49464
616.510.0106
jonkmeyer@charter.net

Bryan W. Beach (P69681)
Assistant Attorney General
Attorney for Defendants State of Michigan and
Nessel
PO Box 30736
Lansing, Michigan 48909
517.335.7659
beachb@michigan.gov
_____/

**DEFENDANTS STATE OF MICHIGAN AND ATTORNEY GENERAL DANA NESSEL'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendants State of Michigan and Attorney General Dana Nessel move for the dismissal of Plaintiff Jonathan King Meyer's amended complaint pursuant to Fed. R. Civ. Proc. 12(b)(1) and (6), for the reasons that this court lacks jurisdiction, Plaintiff's claims are barred by sovereign immunity and qualified immunity, and he

has failed to state a claim for which relief may be granted.  Plaintiff's claims against the State of Michigan are also barred by issue preclusion.

On November 9, 2020, counsel for Defendant contacted Plaintiff via email for concurrence with this motion and concurrence was not granted.

Respectfully submitted,

DANA NESSEL
Attorney General

*s/Bryan W. Beach*
Bryan W. Beach (P69681)
Assistant Attorney General
Attorney for Defendant State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
beachb@michigan.gov

Dated:  November 18, 2020

## CERTIFICATE OF SERVICE

I certify that on November 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

*/s/ Bryan W. Beach*
Bryan W. Beach (P69681)
Assistant Attorney General

2